**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

━━━━━━━━━━━

**No. 01-6127**

━━━━━━━━━━━

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEPHEN PAUL SELLECK,

Defendant - Appellant.

━━━━━━━━━━━

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-95-80-V, CA-99-479-3-V-2)

━━━━━━━━━━━

Submitted: April 12, 2001          Decided: April 18, 2001

━━━━━━━━━━━

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

━━━━━━━━━━━

Dismissed by unpublished per curiam opinion.

━━━━━━━━━━━

Milton Gordon Widenhouse, Jr., RUDOLF, MAHER, WIDENHOUSE & FIALKO, Chapel Hill, North Carolina, for Appellant. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

━━━━━━━━━━━

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Paul Selleck seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Selleck, Nos. CR-95-80-V; CA-99-479-3-V-2 (W.D.N.C. filed Nov. 13, 2000; entered Nov. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED